CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
09/27/2017
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CARL D. GRAY,<br>*Plaintiff,*<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security<br><br>*Defendant.* | CASE NO. 6:16-cv-00009<br><br>**O R D E R** |

In accordance with the accompanying memorandum opinion, Plaintiff's Objections (dkt. 22) are **OVERRULED**, the Magistrate Judge's R&R is **ADOPTED** in full (dkt. 21), the Commissioner's Motion for Summary Judgment (dkt. 16) is **GRANTED**, Plaintiff's Motion for Summary Judgment (dkt. 14) is **DENIED**, and this case is **DISMISSED** from the active docket of the Court.

Entered this 27th day of September, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE